CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSELYN MARIE VILLATORO BARRERA,<br>Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br>Defendants. | Case No. 3:26-cv-05622-RS<br>**PARTIES' STIPULATION TO DISMISS** |

Plaintiff and Defendants hereby stipulate to dismissal of the above-entitled action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each of the parties shall bear their own costs and fees.

Dated: August 27, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Dated: August 27, 2026

*/s/ Joselyn Marie Villatoro Barrera*
JOSELYN MARIE VILLATORO BARRERA
Pro Se Plaintiff

Date: August 28, 2026



**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**PARTIES' STIPULATION TO DISMISS**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

Joselyn Marie Villatoro Barrera
100 Portola Drive #11
San Francisco, CA 94131
joselynbarrera@yahoo.com
joselyn@norcalsortingco.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: August 27, 2026

*/s/ Lillian Do*
LILLIAN DO
Paralegal Specialist